UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN REGIONAL MEDICAL CENTER, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AMERIGROUP NEW JERSEY D/B/A AMERIGROUP COMMUNITY CARE, <br><br> Defendant. | Civil Action No. 2:18-cv-00713 (SDW)(LDW) <br><br> **STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

IT IS HEREBY agreed and stipulated between the parties that the time in which Defendant Amerigroup New Jersey D/B/A Amerigroup Community Care ("Amerigroup") may answer, move or otherwise respond to the Complaint filed by Plaintiff Bergen Regional Medical Center, L.P. is hereby extended to March 29, 2018.

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Plaintiff

By: /s/Anthony Argiropoulos
    Anthony Argiropoulos

Dated: February 16, 2018

**REED SMITH LLP**
Attorneys for Defendant

By: /s/David G. Murphy
    David G. Murphy

Dated: February 16, 2018

So Ordered
this 22nd day of Feb. 2018
/s/ Leda D. Wettre
Leda D. Wettre, USMJ